23rd Edition

# Williams OBSTETRICS

CUNNINGHAM LEVENO BLOOM
HAUTH ROUSE SPONG



PLAINTIFF'S EXHIBIT
61