IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BRITTNEY COLEMAN, et al , | * |
| Plaintiffs, | * |
| v. | Case No.  1:14-CV-168(WLS) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| _____ | * |

## AMENDED J U D G M E N T

Pursuant to this Court's Order dated September 26, 2016 and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff J.D. damages in the amount of $5,639,283.00, Plaintiffs Brittney Coleman and Gerald Davis damages in the amount of $389,985.99 and Plaintiff Brittney Coleman damages in the amount of $7,800.00. These amounts shall accrue interest from the date of entry of judgment at the rate of .61 % per annum until paid in full. Plaintiffs shall also recover costs of this action.

This 14th day of December, 2016.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk