IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BRITTNEY COLEMAN, Individually and as the natural parent of J.D., a minor; and GERALD DAVIS, Individually and as the natural parent of J.D., a minor,<br><br>   Plaintiffs,<br><br>               v.<br><br>THE UNITED STATES OF AMERICA,<br><br>   Defendant. | Civil Action Number:<br>1:14-CV-168 (WLS) |

## SATISFACTION

All judgments and awards payable to or on behalf of Plaintiffs by the Defendant in the above captioned case to include but not be limited to the Docket Number 41 Bill of Costs, the Docket Number 51 Amended Judgment have been paid in full.  This is therefore to authorize and direct the Clerk of this Court to mark the said Judgment and award satisfied of record.

This 14th day of February, 2017

                                              **SPOHRER & DODD, P.L.**

                                                /s/Jay M. Howanitz_____
                                              Jay M. Howanitz
                                              Georgia State Bar #119758
                                              Robert F. Spohrer
                                              Florida State Bar #184500
                                              Attorneys for Plaintiffs
                                              701 West Adams Street, Suite 2
                                              Jacksonville, Florida 32204
                                              Telephone:    (904) 309-6500
                                              Facsimile:    (904) 309-6501
                                              Email:        jhowanitz@sdlitigation.com
                                              Rspohrer @sdlitigation.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically filed with the Clerk of Court this 14th day of February 2017, and sent via email to the following:

                      STEWART R. BROWN
                      Assistant United States Attorney
                      United States Attorney's Office
                      Middle District of Georgia
                      P.O. Box 1702
                      Macon, Ga. 31202-1702


                      _____/s/ Jay M. Howanitz_____
                      Jay M. Howanitz